**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| Mitchell Saunders,<br><br>                                Plaintiff,<br><br>v.<br><br>Norfolk Southern Railway Co.,<br><br>                                Defendant. | Case No. 7:15-cv-00070-GEC<br><br>**JOINT RULE 26(f) REPORT** |

Plaintiff Mitchell Saunders ("Saunders") and Defendant Norfolk Southern Railway Co. ("Norfolk Southern") submit their Joint Rule 26(f) Pretrial Report.

1. <u>Background</u>:

The parties had a telephone conference on July 7, 2015, in which they discussed the matters set forth in Fed. R. Civ. P. 26.

2. <u>Discovery</u>:

The parties propose the following discovery schedule:

| **EVENT** | **PROPOSED DATE** |
|---|---|
| Plaintiff's Initial Disclosures | July 23, 2015 |
| Defendant's Initial Disclosures | August 7, 2015 |
| Plaintiff's Expert Disclosures | January 4, 2016 |
| Defendants' Expert Disclosures | February 1, 2016 |
| Expert Rebuttal | March 1, 2016 |
| Non-Dispositive Motions Deadline | March 25, 2016 |
| Close of Discovery | March 25, 2016 |
| Dispositive Motions Deadline | March 30, 2016 |

| EVENT | PROPOSED DATE |
|---|---|
| Rule 26(a)(3) Disclosures, Motions *In Limine*, and Pretrial Submissions | April 18, 2016 |
| Responses and Objections to Pretrial Submissions | April 25, 2016 |
| Final Pretrial Conference | TBD |
| Trial | May 9-13, 2016 |

Limit the use and numbers of discovery procedures as follows:

25 Interrogatories (from each party to each party);

50 Document requests (from each party to each party);

10 factual depositions, maximum, taken by each party;

25 Requests for Admissions (from each party to each party); and

The parties agree to preserve and produce all electronically-stored information that is not unduly burdensome or expensive, unless the information pertains to the issues in this case and cannot be found elsewhere, in which case the party will produce the information. In the event that one party finds production of certain requested documents unduly burdensome or expensive, the parties agree to confer and attempt to resolve any issues without Court assistance. If the parties cannot resolve their dispute, the requesting party will file a motion with the Court. Electronically stored information should be produced in its native format or, if not feasible, in another widely-accepted format with all data delimited.

3. Related Cases:

Saunders v. Norfolk Southern Railway Co., CL11009593-0, Montgomery County, VA, filed Oct. 31, 2011 (Saunders seeking damages from Norfolk Southern for his personal injury under the Federal Employers Liability Act, 45 U.S.C. § 51, *et. seq.* ("FELA"));

Saunders v. Norfolk Southern Railway Co., CL13012011-0, Montgomery County, VA; filed Jan. 11, 2013 (Same).

4. Other Matters:

a. *Electronic Service*

The parties agree that documents or pleadings may be served by electronic means. The parties further agree that service by electronic means shall be allowed as set forth in Fed. R. Civ. P. 5(b)(2)(E) and that such service shall be complete upon transmission, provided that the sender does not receive any indication that such electronic transmission was unsuccessful.

b. *Electronic Copies*

The parties agree that copies of all written discovery requests shall be provided and/or served electronically, in editable format, and that copies of all proposed findings of fact as required by the Court's standing order shall be provided and/or served electronically, in editable format.

**NICHOLS KASTER, PLLP**

DATED: July 16, 2015

s/ Nicholas D. Thompson_____
Matthew H. Morgan (MN #304657)
Nicholas D. Thompson (MN # 389609)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612)338-4878
morgan@nka.com
nthompson@nka.com

**THE MOODY LAW FIRM, INC.**

Claude W. Anderson, Jr., Esquire
Virginia State Bar No. 26387
500 Crawford St., Suite 200
Portsmouth, VA 23704
Phone: &757) 393-4093

**ATTORNEYS FOR PLAINTIFF**

DATED: July 16, 2015                **WILLCOX & SAVAGE, P.C.**

                                              s/Samuel J. Webster
Samuel J. Webster (VSB No. 17021)
Phillip H. Hucles (VSB No. 87219)
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500 Facsimile: 757.628.5566 swebster@wilsav.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel J. Webster
Phillip H. Hucles
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510

                                              s/ Nicholas D. Thompson
Matthew H. Morgan (MN #304657)*
   morgan@nka.com
Nicholas D. Thompson (MN # 389609)*
   nthompson@nka.com
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612)338-4878

*Admitted pro hac vice*