**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| MITCHELL SAUNDERS,<br><br>        Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>        Defendant. | Case No. 7:15cv00070 |

**STIPULATION OF DISMISSAL**

Having resolved the matter, Plaintiff and Defendant, by counsel, move the Court for an Order voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, it is ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and expenses.

ENTERED this ___ day of September, 2015.

 

_____
The Honorable Glen E. Conrad
United States District Judge

WE ASK FOR THIS:

| | |
|---|---|
| /s/ Claude W. Anderson, Jr. | /s/ Samuel J. Webster |
| Claude W. Anderson, Jr. (VSB #26387)<br>The Moody Law Firm, Inc.<br>500 Crawford Street, Suite 200<br>Portsmouth, Virginia 23704<br>woody@moodyrrlaw.com<br><br>Mathew H. Morgan (MN #304657) (*pro hac vice*)<br>Nicholas D. Thompson (MN #0389609) (*pro hac vice*)<br>NICHOLAS KASTER, PLLP<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>morgan@nka.com<br>nthompson@nka.com<br><br>*Counsel for Plaintiff, Mitchell Saunders* | Samuel J. Webster, Esq. VSB # 17021<br>Phillip H. Hucles, Esq. VSB #87219<br>WILLCOX & SAVAGE, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>(757) 628-5518<br>(757) 628-5566 (Fax)<br>swebster@wilsav.com<br>phucles@wilsav.com<br><br>James S. Whitehead (*pro hac vice*)<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312.853.7703<br>jwhitehead@sidley.com<br><br>*Counsel for Norfolk Southern Railway Company* |