CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MITCHELL SAUNDERS,<br><br>    Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>    Defendant. | Case No. 7:15cv00070 |

### STIPULATION OF DISMISSAL

Having resolved the matter, Plaintiff and Defendant, by counsel, move the Court for an Order voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, it is ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and expenses.

ENTERED this 28th day of September, 2015.

/s/ Glen E. Conrad
The Honorable Glen E. Conrad
Chief United States District Judge

WE ASK FOR THIS:

| | |
|---|---|
| /s/ Claude W. Anderson, Jr. | /s/ Samuel J. Webster |
| Claude W. Anderson, Jr. (VSB #26387)<br>The Moody Law Firm, Inc.<br>500 Crawford Street, Suite 200<br>Portsmouth, Virginia 23704<br>woody@moodyrrlaw.com<br><br>Mathew H. Morgan (MN #304657) (*pro hac vice*)<br>Nicholas D. Thompson (MN #0389609) (*pro hac vice*)<br>NICHOLAS KASTER, PLLP<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>morgan@nka.com<br>nthompson@nka.com<br><br>*Counsel for Plaintiff, Mitchell Saunders* | Samuel J. Webster, Esq. VSB # 17021<br>Phillip H. Hucles, Esq. VSB #87219<br>WILLCOX & SAVAGE, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>(757) 628-5518<br>(757) 628-5566 (Fax)<br>swebster@wilsav.com<br>phucles@wilsav.com<br><br>James S. Whitehead (*pro hac vice*)<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312.853.7703<br>jwhitehead@sidley.com<br><br>*Counsel for Norfolk Southern Railway Company* |